UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FRANTZ CADET, JR.                          :
                                           :
                Plaintiff,                 :          Case No.: 3:26-cv-00310 (VAB)
                                           :
v.                                         :
                                           :
LILY CADET                                 :
                Defendant.                 :          April 29, 2026

**DEFENDANT LILY CADET'S NUNC PRO TUNC MOTION TO SEAL**

The Defendant, Lily Cadet, pursuant to Local Rule 5(e) and 5.2 of the Federal

Rules of Civil Procedure, respectfully moves this Court, *nunc pro tunc*, to seal the

exhibit attached to Defendant's April 27, 2026 Motion to Dismiss (ECF 14-1). Both

18 U.S.C. §§ 3509 and 3771 support sealing the exhibit because Defendant was a

minor at the time of the report and the underlying events, and the victim of a crime.

Defendant requests the Court seal the current Motion to Dismiss from public access and

permit refiling of the Motion, without the exhibit, for public access. The graphic and

sensitive nature of the report and its contents warrants sealing the document, and

meaningful redaction is not reasonably possible. Counsel makes this Motion, *nunc pro*

*tunc*, upon reflection and out of consideration for the privacy of the parties involved.

Defendant respectfully requests that the Court grant her Motion to Seal.

1

2

THE DEFENDANT,
LILY CADET


By:_____

Garrett A. Borden (CT 31980)
Anthony R. Minchella, Esq. (CT 18890)
Minchella & Associates, L.L.C.
765 Straits Turnpike, Suite 2002
Middlebury, CT 06762
Tel: 203-758-1069
Fax: 203-758-2074
gborden@minchellalaw.com
aminchella@minchellalaw.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on April 29, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____

Garrett A. Borden