**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

---

FRANTZ CADET, JR.,
    *Plaintiff*,

v.

LILY CADET,
    *Defendant*.

No. 3:26-cv-310-VAB

---

**SCHEDULING ORDER**

The Court adopts the following schedule for pre-trial deadlines based on the parties' Rule

26(f) Report, the Court's preferences with respect to scheduling, and the Court's current

calendar:

- Initial disclosures due **June 30, 2026**.
- Damages analysis due **August 15, 2026**.
- Motions to join additional parties due **August 28, 2026**.
- The Plaintiff will designate trial experts, if any, and provide the opposing party's counsel with reports from retained experts as required by Fed. R. Civ. P. 26(a)(2) by **October 31, 2026**. Depositions of any such experts will be completed by **January 15, 2026**.
- The Defendant will designate trial experts, if any, and provide the opposing party's counsel with reports from retained experts as required by Fed. R. Civ. P. 26(a)(2) by **November 30, 2026**. Depositions of any such experts will be completed by **January 15, 2026**.
- All discovery shall be completed by **January 15, 2026**.
- Dispositive motions are due **March 12, 2027**.
- Joint Trial Memorandum due **April 16, 2027**, or thirty (30) days after the Court rules on any dispositive motions.
- Trial ready date is **May 14, 2027**, or thirty (30) days after the Joint Trial Memorandum is filed.

**SO ORDERED** at New Haven, Connecticut, this 7th day of May, 2026.

        /s/ Victor A. Bolden
        Victor A. Bolden
        United States District Judge