State of Connecticut Judicial Branch

# Superior Court E-Filing



E-Services Home

E-Services Inbox (6993)

Superior Court E-Filing
Civil/Family
Housing
Small Claims

E-File a New Case

E-File on an
Existing Case
By Docket Number
By Party Name
List My Cases

Court Events
By Date
By Juris Number
By Docket Number

Short Calendars
Markings Entry
Markings History
My Short Calendars
By Court Location 🗗
Calendar Notices 🗗

My Shopping Cart (0)
My E-Filed Items

Legal Notices 🗗

Pending
Foreclosure Sales 🗗

Search By Property Address

**We are experiencing issues completing credit card transactions for filers using Safari browsers. At this time, if you are an attorney or firm using Safari as your browser, please either use a different browser or pay by check. Self-represented parties should also use a browser other than Safari if possible or should file any cases or motions which require a fee on paper with the Court Clerk. Thank you for your patience.**

**Attorney/Firm:** ANDRE CAYO (431355)          **E-Mail:** CAYOLAW@GMAIL.COM   Logout

*e* **FBT-CV26-5060756-S** DOE, JANE Et Al v. CADET, FRANTZ

**Prefix:** FB2       **Case Type:** T90    **File Date:** 05/19/2026   **Return Date:** 06/23/2026

| Case Detail | Notices | History | Exhibits | Scheduled Court Dates | Help Manual |

To receive an email when there is activity on this case, click here.🗗

The logged in Juris Number is not appearing on this case. Select "Go" to e-file an appearance.

**Select Case Activity:**  E-File an Appearance ✔  [Go]

**Information updated as of:** 06/08/2026

| Case Information |
|---|
| **Case Type:** T90 - Torts - All other |
| **Court Location:** Bridgeport JD |
| **List Type:** No List Type |
| **Trial List Claim:** |
| **Last Action Date:** 05/26/2026  (The "last action date" is the date the information was entered in the system) |

| Disposition Information |
|---|
| **Disposition Date:** |
| **Disposition:** |
| **Judge or Magistrate:** |


EXHIBIT
D

## Party & Appearance Information

| Party | | No Fee Party | Party Category | Party Type |
|---|---|---|---|---|
| **P-01  JANE DOE** | | | Plaintiff | Person |
| | **Attorney:** MOORE O'BRIEN & FOTI (408519) File Date: 05/19/2026<br>891 STRAITS TURNPIKE<br>MIDDLEBURY, CT 06762 | | | |
| **P-02  JOAN DOE** | | | Plaintiff | Person |
| | **Attorney:** MOORE O'BRIEN & FOTI (408519) File Date: 05/19/2026<br>891 STRAITS TURNPIKE<br>MIDDLEBURY, CT 06762 | | | |
| **D-01  FRANTZ CADET JR**<br>Non-Appearing | | | Defendant | Person |

**Viewing Documents on Civil, Housing and Small Claims Cases:**

If there is an *e* in front of the docket number at the top of this page, then the file is electronic (paperless).

- Documents, court orders and judicial notices in electronic (paperless) civil, housing and small claims cases with a return date on or after January 1, 2014 are available publicly over the internet.*

For more information on what you can view in all cases, view the Electronic Access to Court Documents Quick Card.

- For civil cases filed prior to 2014, court orders and judicial notices that are electronic are available publicly over the internet. Orders can be viewed by selecting the link to the order from the list below. Notices can be viewed by clicking the **Notices** tab above and selecting the link.*

- Documents, court orders and judicial notices in an electronic (paperless) file can be viewed at any judicial district courthouse during normal business hours.*

- Pleadings or other documents that are not electronic (paperless) can be viewed only during normal business hours at the Clerk's Office in the Judicial District where the case is located.*

- An Affidavit of Debt is not available publicly over the internet on small claims cases filed before October 16, 2017.*

*Any documents protected by law Or by court order that are Not open to the public cannot be viewed by the public online And can only be viewed in person at the clerk's office where the file is located by those authorized by law or court order to see them.

| | | | Motions / Pleadings / Documents / Case Status | |
|---|---|---|---|---|
| Entry No | File Date | Filed By | Description | Arguable |
| | 05/19/2026 | P | SUMMONS | |
| | 05/19/2026 | P | COMPLAINT | |
| 101.00 | 05/19/2026 | P | EX PARTE APPLICATION FOR PERMISSION TO USE PSEUDONYM(S) RESULT: Granted 5/19/2026 HON CHARLES REED | Yes |
| 101.10 | 05/19/2026 | C | ORDER RESULT: Order 5/19/2026 HON CHARLES REED | No |
| 102.00 | 05/19/2026 | P | MOTION FOR PERMISSION TO USE PSEUDONYM(S) | Yes |
| 103.00 | 05/19/2026 | P | MOTION TO SEAL DOCUMENT | Yes |
| 104.00 | 05/19/2026 | C | ORDER PERMITTING USE OF PSEUDONYM(S) | Yes |
| 105.00 | 05/19/2026 | P | APPLICATION FOR PREJUDGMENT REMEDY | Yes |
| 106.00 | 05/20/2026 | C | ORDER Order for Hearing and Notice Re: Pseudonym/Seal RESULT: Order 5/20/2026 BY THE COURT | No |
| 107.00 | 05/20/2026 | P | MOTION FOR IMMEDIATE HEARING RESULT: Off 5/21/2026 HON CHARLES REED | No |
| 107.10 | 05/21/2026 | C | ORDER RESULT: Off 5/21/2026 HON CHARLES REED | No |
| 108.00 | 05/22/2026 | P | CASEFLOW REQUEST (JD-CV-116) | No |

| | Scheduled Court Dates as of 06/05/2026 | | | |
|---|---|---|---|---|
| | FBT-CV26-5060756-S - DOE, JANE Et Al v. CADET, FRANTZ | | | |
| # | Date | Time | Event Description | Status |
| 1 | 06/08/2026 | 11:30AM | Hearing | Proceeding |
| 2 | 07/13/2026 | 9:30AM | Status Conference | Proceeding |
| 3 | 07/13/2026 | 10:00AM | Hearing | Proceeding |

Judicial ADR events may be heard in a court that is different from the court where the case is filed. To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Matters that appear on the Short Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

The status of a Short Calendar matter is not displayed because it is determined by markings made by the parties as required by the calendar notices and the civil standing orders. Markings made electronically can be viewed by those who have electronic access through the Markings History link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained through the clerk's office. If more than one motion is on a single short calendar, the calendar will be listed once on this page. You can see more information on matters appearing on Short Calendars by going to the Civil/Family Case Look-Up page and Short Calendars By Juris Number or By Court Location.

Periodic changes to terminology that do not affect the status of the case may be made. This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information is displayed and is available for inquiry on this website for a period of time, one year to a maximum period of ten years, after the disposition date. To the extent that Connecticut Practice Book Sections 7-10 and 7-11 provide for a shorter period of time, this information will be displayed for the shorter period.

In accordance with the Federal Violence Against Women Act of 2005, cases involving relief from physical abuse (restraining orders), civil protection orders, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Pursuant to section 47a-26j of the Connecticut General Statutes, certain eviction cases will be removed from this website 30 days after disposition or other final activity of the case.

Copyright © 2026, State of Connecticut Judicial Branch