

EXHIBIT

| | | |
|---|---|---|
| **RETURN DATE: June 23, 2026** | : | **SUPERIOR COURT** |
| **JANE DOE, ET AL.** | : | **J. D. OF BRIDGEPORT** |
| **V.** | : | **AT BRIDGEPORT** |
| **FRANTZ CADET JR.** | : | **MAY 15, 2026** |

## COMPLAINT

**FIRST COUNT:**
**(JANE DOE v. FRANTZ CADET JR. - Negligence)**

1. At all times mentioned herein, the defendant, **FRANTZ CADET JR.**, was the owner, possessor, controller and/or managed the premises located at 57 Grayrock Road in Trumbull.

2. On or about March 2021 through August 2021, the defendant, **FRANTZ CADET JR.**, resided at 57 Grayrock Road in Trumbull, Connecticut.

3. On or about March 2021 through August 2021, the defendant, **FRANTZ CADET JR.**, made unwanted and/or unwarranted sexual and/or physical contact with the minor plaintiff, **JANE DOE**.

4. Between March 2021 through August 2021, the defendant, **FRANTZ CADET JR.**, made unwanted and/or unwarranted sexual and/or physical contact with the minor plaintiff, **JANE DOE**, which encompassed but is not necessarily limited to kissing, touching and/or penetration.

1

**MOORE, O'BRIEN & FOTI** • *ATTORNEYS AT LAW*
891 STRAITS TURNPIKE • MIDDLEBURY, CT 06762 • TEL. (203) 272-5881 • JURIS NO. 408519

5.    Between March of 2021 and August of 2021, the defendant, **FRANTZ CADET JR.**, made unwanted and/or unwanted sexual and/or physical contact with the minor plaintiff, **JANE DOE** weekly.

6.    The unwanted negligent sexual and/or physical touching and/or abuse of the minor plaintiff, **JANE DOE**, and her injuries resulting therefrom were caused by the defendant, **FRANTZ CADET JR.** in that it:

a.    He made unwanted physical and/or sexual advances toward the minor plaintiff, **JANE DOE**;

b.    He made unwelcomed physical and/or sexual contact with the minor plaintiff, **JANE DOE**;

c.    He placed his genitals in the minor plaintiff, **JANE DOE's** mouth;

d.    He placed his genitals in the minor plaintiff, **JANE DOE's** vagina or vaginal area;

e.    He placed his hands in the minor plaintiff, **JANE DOE's** vagina or vaginal area;

f.    He kissed the minor plaintiff, **JANE DOE**;

g.    He made the minor plaintiff, **JANE DOE**, touch his genitals;

2

7. As a result of the negligence of the defendant, **FRANTZ CADET JR.**, the minor plaintiff, **JANE DOE**, suffered the following injuries, some or all of which may be permanent in nature:

a. Anxiety;

b. Post Traumatic Stress Disorder; and

c. Pain and Suffering both mentally and physically.

8. As a further result of the negligence of the defendant, **FRANTZ CADET JR.**, the plaintiff, **JANE DOE**, was unable, and remains unable, to participate in and enjoy her usual life activities.

**SECOND COUNT:** (JANE DOE v. FRANTZ CADET JR. - **Negligent Infliction of Emotional Distress**)

1-8. Paragraphs 1 through 8 of the First Count are hereby incorporated and made corresponding paragraphs 1-8 of this Second Count as if fully set forth herein.

9. The defendant, **FRANTZ CADET JR.**, knew or should have known that his actions would create an unreasonable risk of causing emotional harm or distress, or other bodily injury, to the plaintiff, **JANE DOE**.

3

**THIRD COUNT:**     (JOAN DOE v. FRANTZ CADET JR.)(Medical Expenses)

1-8. Paragraphs 1-8 of the First Count are hereby incorporated and made corresponding paragraphs 1-8 of this Third Count as if fully set forth herein.

9.     At all times mentioned herein, the plaintiff, **JOAN DOE,** was forced to expend large sums of money for hospital and medical care, medicines, diagnostic tests and therapy all necessary to her daughter's recovery, and may be forced to expend additional sums in the future.

**FOURTH COUNT:**  (JOAN DOE v. FRANTZ CADET JR.)

1-9. Paragraphs 1-9 of the Second Count are hereby incorporated and made corresponding paragraphs 1-9 of this Fourth Count as if fully set forth herein.

10.     At all times mentioned herein, the plaintiff JOAN DOE was forced to expend large sums of money for hospital and medical care, medicines, diagnostic tests and therapy all necessary to her daughter's recovery, and may be forced to expend additional sums in the future.

4

WHEREFORE, the plaintiffs claim money damages as to all counts.

THE PLAINTIFFS,
JANE DOE
JOAN DOE

By: _____
Garrett M. Moore, Jr., Esq.
Moore, O'Brien & Foti
891 Straits Turnpike
Middlebury, CT 06762
Phone: (203) 272-5881
Juris No.: 408519
Their Attorneys

5

RETURN DATE: June 23, 2026       :       SUPERIOR COURT

JANE DOE, ET AL.       :       J. D. OF BRIDGEPORT

V.       :       AT BRIDGEPORT

FRANTZ CADET JR.       :       MAY 15, 2026

## STATEMENT OF AMOUNT IN DEMAND

The amount of money damages claimed is greater than Fifteen Thousand Dollars ($15,000.00), exclusive of interest and costs.

THE PLAINTIFFS,
JANE DOE
JOAN DOE

By: _____

Garrett M. Moore, Jr., Esq.
Moore, O'Brien & Foti
891 Straits Turnpike
Middlebury, CT 06762
Phone: (203) 272-5881
Juris No.: 408519
Their Attorneys

6

| | | |
|---|---|---|
| DKT NO. | : | SUPERIOR COURT |
| JANE DOE | : | J.D. OF BRIDGEPORT |
| VS. | : | AT BRIDGEPORT |
| FRANTZ CADET JR. | : | APRIL 3, 2026 |

## AFFIDAVIT OF JANE DOE

The undersigned, being duly sworn deposes and says that:

1. I am over the age of 18 years and understand the obligation of an oath;

2. I am familiar with the facts contained in the proposed Complaint and in the Motion for Prejudgment Remedy in the above entitled matter and the facts set forth in each are true to the best of my knowledge and belief;

3. I am the plaintiff in the above-referenced action;

4. Between March and August of 2021, I was sexually assaulted and/or abused by FRANTZ CADET JR. who resides at 57 Grayrock Road in Trumbull, Connecticut;

5. Between March and August of 2021, I was sexually abused and/or assaulted by FRANTZ CADET JR., multiple times which included non-consensual and unwanted touching, kissing and penetration;

6. Between March and August of 2021, I was a minor under the age of 18 years old;

MOORE, O'BRIEN & FOTI • ATTORNEYS AT LAW
891 STRAITS TURNPIKE • MIDDLEBURY, CT 06762 • TEL. (203) 272-5881 • JURIS NO. 408519

1

7. The sexual abuse and/or assault of FRANTZ CADET JR. caused me to suffer the following injuries: Anxiety, Post Traumatic Stress Disorder and/or pain and suffering, both physical and emotional;

8. As a result of sexual abuse and/or assault of FRANTZ CADET JR., I have incurred medical bills and expenses for medical care all of which was necessary for my recovery.

9. As a further result of the sexual abuse and/or assault of FRANTZ CADET JR. I have been and remain unable to participate in my usual activities.

_Jane Doe_

JANE DOE A/K/A

MOORE, O'BRIEN & FOTI • ATTORNEYS AT LAW • JURIS NO. 408519
891 STRAITS TURNPIKE • MIDDLEBURY, CT 06762 • TEL. (203) 272-5881

2

STATE OF   _Massachusetts_ )

COUNTY OF  _Suffolk_  ) ss: _____7th Day___, _April____, 2026

Personally appeared, Jane Doe a/k/a ____ ., signer and sealer of the foregoing document and who acknowledged the same to be her free act and deed, this date, before me.

Notary Public

MOORE, O'BRIEN & FOTI • ATTORNEYS AT LAW
891 STRAITS TURNPIKE • MIDDLEBURY, CT 06762 • TEL. (203) 272-5881 • JURIS NO. 408519

3

DKT NO.             :   SUPERIOR COURT

JANE DOE, ET AL.          :   J.D. OF BRIDGEPORT

VS.               :   AT BRIDGEPORT

FRANTZ CADET JR.         :   APRIL 14, 2026

## AFFIDAVIT OF JOAN DOE

The undersigned, being duly sworn deposes and says that:

1. I am over the age of 18 years and understand the obligation of an oath;

2. I am familiar with the facts contained in the proposed Complaint and in the Motion for Prejudgment Remedy in the above entitled matter and the facts set forth in each are true to the best of my knowledge and belief;

3. I am a plaintiff in the above-referenced action;

4. Upon information and belief, between March and August of 2021, JANE DOE was sexually assaulted and/or abused by FRANTZ CADET JR. who resides at 57 Grayrock Road in Trumbull, Connecticut;

5. Between March and August of 2021, JANE DOE was a minor under the age of 18 years old;

6. Upon information and belief, the sexual abuse and/or assault of FRANTZ CADET JR. caused JANE DOE to suffer the following injuries: Anxiety, Post Traumatic Stress Disorder and/or pain and suffering, both physical and emotional;

MOORE, O'BRIEN & FOTI • ATTORNEYS AT LAW
891 STRAITS TURNPIKE • MIDDLEBURY, CT 06762 • TEL. (203) 272-5881 • JURIS NO. 408519

1

7. As a result of sexual abuse and/or assault of FRANTZ CADET JR., I have incurred medical bills and expenses for medical care of JANE DOE all of which was necessary for JANE DOE's recovery.

_Joan Doe_

JOAN DOE A/K/A

MOORE, O'BRIEN & FOTI • ATTORNEYS AT LAW
891 STRAITS TURNPIKE • MIDDLEBURY, CT 06762 • TEL. (203) 272-5881 • JURIS NO. 408519

2

STATE OF            )
                   ) ss: _Suffolk_____ , __4/14____ , 2026
COUNTY OF           )

Personally appeared, Joan Doe a/k/a                , signer and sealer of the foregoing
document and who acknowledged the same to be her free act and deed, this date, before me.


_____
Notary Public

MOORE, O'BRIEN & FOTI • ATTORNEYS AT LAW
891 STRAITS TURNPIKE • MIDDLEBURY, CT 06762 • TEL. (203) 272-5881 • JURIS NO. 408519

3

**NOTICE OF APPLICATION FOR PREJUDGMENT REMEDY/ CLAIM FOR HEARING TO CONTEST APPLICATION OR CLAIM EXEMPTION**

JD-CV-53  Rev. 1-26
C.G.S. § 52-278c

| COURT USE ONLY |
| --- |
| CLPJRA |

STATE OF CONNECTICUT
JUDICIAL BRANCH
SUPERIOR COURT
www.jud.ct.gov

**Instructions to plaintiff/applicant**

1. Complete section I in connection with all prejudgment remedies EXCEPT ex parte prejudgment remedies and submit to the Clerk along with your application and other required documents.
2. Upon receipt of signed order for hearing from clerk, serve this form on defendant(s) with other required documents.

## Section I — Case information  *(To be completed by plaintiff/applicant)*

[x] Judicial District  [ ] Housing Session

Court address
**1061 MAIN STREET, BRIDGEPORT, CT 06601**

Has a temporary restraining order been requested?
[ ] Yes  [ ] No

Amount, legal interest, or property in demand, exclusive of interest and costs is *(Select one of the following)*
[ ] Less than $2,500
[ ] $2,500 THROUGH $14,999.99
[x] $15,000 or more

Name of case *(First-named plaintiff v. First-named defendant)*
**JANE DOE AND JOAN DOE V. FRANTZ CADET, JR.**

[ ] See attached form JD-CV-67 for Continuation of Parties

Case type *(From Judicial Branch code list)*
Major: **T**    Minor: **90**    Number counts

*(Select if applicable)*
[x] Claiming other relief in addition to or in lieu of money damages

Name and address of plaintiff/applicant *(Person making application for prejudgment remedy) (Number, street, town and zip code)*
**JANE DOE AND JOAN DOE, 891 STRAITS TURNPIKE, MIDDLEBURY, CT 06762**

Name(s), address(es) and telephone number(s) of defendant(s) against whom prejudgment remedy is sought *(Number, street, town and zip code) (Attach additional sheets if necessary)*
**FRANTZ CADET, JR., 57 GRAYROCK ROAD, TRUMBULL, CONNECTICUT 06611**

Name and address of any third person holding property of defendant who is to be made a garnishee by process preventing dissipation of such property

| For the plaintiff(s) enter the appearance of: | Name and address of attorney, law firm or plaintiff if pro se *(Number, street, town and zip code)*<br>**GARRETT M. MOORE, JR., ESQ., MOORE, O'BRIEN FOTI, 891 STRAITS TURNPIKE, MIDDLEBURY, CT 06762** |
|---|---|

| E-mail address<br>**GMOOREJR@MOJYLAW.COM** | Telephone number<br>**203-272-5881** | Juris number *(If attorney or law firm)*<br>**408519** |
|---|---|---|

| Signed | Date signed<br>**05/15/2026** |
|---|---|

## Section II — Notice to defendant

You have rights specified in the Connecticut General Statutes, including Chapter 903a, that you may wish to exercise concerning this application for a prejudgment remedy. These rights include the right to a hearing:

(1) to object to the proposed prejudgment remedy because you have a defense to or set-off against the action or a counterclaim against the plaintiff or because the amount sought in the application for the prejudgment remedy is unreasonably high or  because payment of any judgment that may be rendered against you is covered by any insurance that may be available to you;

(2) to request that the plaintiff post a bond in accordance with section 52-278d of the General Statutes to secure you against  any damages that may result from the prejudgment remedy;

(3) to request that you be allowed to substitute a bond for the prejudgment remedy sought; and

(4) to show that the property sought to be subjected to the prejudgment remedy is exempt from such a prejudgment remedy.

You may request a hearing to contest the application for a prejudgment remedy, assert any exemption or make a request concerning  the posting or substitution of a bond in connection with the prejudgment remedy.  **The hearing may be requested by any proper motion  or by completing section III below and returning this form to the superior court at the Court Address listed above.**

You have a right to appear and be heard at the ~~hearing~~ *Status conference* on the application to be held at the above court location on:

| Date<br>7/13/26 | Time<br>9:30 Am |
|---|---|

Courtroom
TBD

| FOR COURT USE ONLY |
| --- |
| JUDICIAL DISTRICT OF BRIDGEPORT   2026 MAY 19  P 12: 31   OFFICE OF THE CLERK SUPERIOR COURT |

Docket number
PJR CV 26506060756



**ADA Accommodations**
ADAProgram@jud.ct.gov
https://www.jud.ct.gov/ADA



**Interpreters**
Free language services available
https://www.jud.ct.gov/LEP

Servicios de asistencia lingüística gratuita están a su disposición
Serviços de assistência linguística gratuitos estão à disposição

Page 1 of 2    WCAG 2.1 AA    [ Print ]   [ Reset ]

## Instructions to defendant

*1. Complete section III and submit to the Clerk*

*2. If you have not already filed an Appearance (form JD-CL-12), file an Appearance along with this form.*

### Section III — Defendant's claim and request for hearing *(To be completed by defendant)*

|  | COURT USE ONLY |
| --- | --- |
|  | CLPJRHG |

I, the defendant named below, request a hearing to contest the application for prejudgment remedy, claim an exemption or request the posting or substitution of a bond. I claim: *(Select the appropriate boxes)*

☐ that the amount sought in the application for prejudgment remedy is unreasonably high.

☐ that any judgment that may be rendered is adequately secured by insurance.

☐ a defense, counterclaim, set-off, or exemption.

☐ that I be allowed to substitute a bond for the prejudgment remedy.

☐ that the plaintiff be required to post a bond to secure me against any damages that may result from the prejudgment remedy.

| Signed *(Defendant)* | E-mail address of defendant | Date signed |
| --- | --- | --- |
|  |  |  |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* _____ to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel exempt from e-filing and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* ▶ | Print or type name of person signing | Date signed |
| --- | --- | --- |
| Mailing address *(Number, street, town, state and zip code)* | | Telephone number |

JD-CV-53   Rev. 1-26

Page 2 of 2

| Print | Reset |

RETURN DATE: June 23, 2026       :       **SUPERIOR COURT**

JANE DOE, ET AL.          :       **J. D. OF BRIDGEPORT**

V.                       :       **AT BRIDGEPORT**

FRANTZ CADET JR.         :       **MAY 15, 2026**

Status Conference

## ORDER FOR ~~HEARING~~ AND NOTICE

The above Motion having been presented to the Court is hereby ORDERED that a hearing be held thereon on _July 13_, 202_6_ at _9:30 Am_ AM/PM at the SUPERIOR COURT FOR THE JUDICIAL DISTRICT OF BRIDGEPORT AT BRIDGEPORT at 1061 MAIN STREET, BRIDGEPORT, CT 06601and that the plaintiffs give notice to the defendant in accordance with §11-20A(h)(1), (2), and (3) of the Connecticut Practice Book of the pendency of the Motion and of the time when it will be heard by causing a true and attested copy of the Motion, proposed Writ, Summons, Complaint, and of this Order, to be served upon the defendant by some proper officer or indifferent person on or before _June 11_, 202_6_ and that due return of service be made to this Court.

Dated at Bridgeport, Connecticut this _19th_ day of _May_, 202_6_

_____
1st Asst CLERK OF COURT

1

**NOTICE REGARDING
PREJUDGMENT REMEDY HEARING**
JD-CL-168  New 11-24
C.G.S. §§ 52-278c, 52-278d

STATE OF CONNECTICUT
JUDICIAL BRANCH
SUPERIOR COURT
www.jud.ct.gov



**Instructions to Clerk**

*This form applies to prejudgment remedy hearings.  Review the Order for Hearing and select the appropriate notice below. Provide this notice in addition to the Order for Hearing.*

For information on ADA accommodations, contact the Centralized ADA Office at 860-706-5310 or go to: www.jud.ct.gov/ADA/

## Section I: Notice Regarding Prejudgment Remedy Status Conference

☒ A status conference has been scheduled for this matter on the date and time shown below.

☒ **The status conference will be in-person.** YOU MUST COME TO COURT ON THAT DATE. The Court will not hear argument or receive evidence or testimony from witnesses on this date. The Court will conduct a conference, to be attended by you or your attorney, to attempt to resolve issues without the need for an evidentiary hearing. *If an evidentiary hearing is required, one will be held on the date listed in Section II.*

Date and Time of in-person status conference: _____

☐ **The status conference will be remote.** DO NOT COME TO COURT ON THAT DATE. The Court will not hear argument or receive evidence or testimony from witnesses on this date. The Court will conduct a conference, to be attended by you or your attorney, to attempt to resolve issues without the need for an evidentiary hearing. *If an evidentiary hearing is required, one will be held on the date listed in Section II.*

Date and Time of remote status conference: _____

To appear remotely, you or your attorney must give your e-mail address and phone number to the court at the e-mail address shown below:

E-mail address of Court

**andrew.cucuzza@jud.ct.gov and frank.rizzo@jud.ct.gov**

You must include the docket number and the name of the case when providing this information to the court. After this information is given to the court, you will receive an e-mail telling you how to connect to the remote status conference.

☐ No status conference scheduled. *See Section II below for evidentiary hearing date.*

## Section II: Notice Regarding Prejudgment Remedy Hearing

☐ An evidentiary hearing has been scheduled for this matter on the date and time shown below.

☐ **The evidentiary hearing will be held in-person.** YOU MUST COME TO COURT ON THAT DATE. The Court will hear argument and receive evidence or testimony from witnesses on this date. If you or your attorney do not appear for the evidentiary hearing, the Court may make a decision on this matter based on the papers filed by the applicant.

Date and Time of in-person evidentiary hearing: _____

☐ **The evidentiary hearing will be remote.** DO NOT COME TO COURT ON THAT DATE. The Court will hear argument and receive evidence or testimony from witnesses on this date. If you or your attorney do not appear for the evidentiary hearing, the Court may make a decision on this matter based on the papers filed by the applicant.

Date and Time of remote evidentiary hearing: _____

To appear remotely, you or your attorney must give your e-mail address and phone number to the court at the e-mail address shown below:

E-mail address of Court

**andrew.cucuzza@jud.ct.gov and frank.rizzo@jud.ct.gov**

You must include the docket number and the name of the case when providing this information to the court. After this information is given to the court, you will receive an e-mail telling you how to connect to the remote status conference.

| Print Form | Page 1 of 1 | Reset Form |

PJR APPLICATION NO.

RETURN DATE: June 23, 2026  :  **SUPERIOR COURT**

JANE DOE, ET AL.    :  **J.D. OF BRIDGEPORT**

VS.         :  **AT BRIDGEPORT**

FRANTZ CADET JR.   :  **MAY 15, 2026**

## MOTION FOR PREJUDGMENT REMEDY

TO THE SUPERIOR COURT FOR THE JUDICIAL DISTRICT OF BRIDGEPORT AT BRIDGEPORT:

The undersigned represents that:

1. The Applicants, JANE DOE and JOAN DOE, are about to commence an action against FRANTZ CADET JR. of 57 Grayrock Road in Trumbull Connecticut pursuant to the attached proposed unsigned Writ, Summons, Complaint and Affidavit.

2. The Applicants seek an order from this Court directing that a prejudgment remedy be issued against FRANTZ CADET JR. to secure the sum of **$2,000,000.00**. There is probable cause that a judgment in the amount of the prejudgment remedy sought, or in an amount greater than the amount of the prejudgment remedy sought, taking into account any known defenses, counter claims or set-offs, will be rendered in the matter in favor of the applicants and to secure the judgment, the applicants seek certain orders from this Court.

3. The prejudgment remedy requested is for an attachment of real estate described as follows:

1

MOORE, O'BRIEN & FOTI ● ATTORNEYS AT LAW
891 STRAITS TURNPIKE ● MIDDLEBURY, CT 06762 ● TEL. (203) 272-5881 ● JURIS NO. 408519

  a. 57 Grayrock Road in Trumbull, Connecticut and particularly bound and described in

    **Exhibit A** attached hereto;

  b. Any such other property as may be disclosed pursuant to the applicant's Motion for

    Disclosure of Assets.

4. The applicants further request that the Court enter an order to temporarily restrain FRANTZ

 CADET JR., from transferring any assets pending a hearing on this application and a

 complete disclosure of assets herein.

5. An affidavit in support of this application is attached hereto.

         THE PLAINTIFFS/APPLICANTS,
         JANE DOE
         JOAN DOE

         By_____
         Garrett M. Moore, Jr., Esq.
         Moore, O'Brien & Foti
         891 Straits Turnpike
         Middlebury, CT 06762
         Phone: (203) 272-5881
         Juris No.: 408519
         Their Attorneys

2

PJR APPLICATION NO.

| | | |
|---|---|---|
| RETURN DATE: June 23, 2026 | : | SUPERIOR COURT |
| JANE DOE, ET AL. | : | J.D. OF BRIDGEPORT |
| VS. | : | AT BRIDGEPORT |
| FRANTZ CADET JR. | : | MAY 15, 2026 |

## ORDER

The above motion having been presented to the court, it is hereby ORDERED that a hearing be held thereon on _____, at _____AM/PM at the SUPERIOR COURT FOR THE JUDICIAL DISTRICT OF BRIDGEPORT 1061 Main Street, Bridgeport, Connecticut and that the applicant give notice to FRANTZ CADET JR. in accordance with Section 52-278c of the Connecticut General Statutes of the pendency of the application and of the time when it will be heard by causing a true and attested copy of the application, the unsigned writ, summons, complaint, affidavit and of this Order, together with such notice as is required under subsection (e) of Section 52-278c, to be served upon FRANTZ CADET JR. by some proper officer or indifferent person on or before                    ,2026 and that due return of service be made to this Court.

FRANTZ CADET JR. is further restrained from transferring any assets, pending a complete disclosure of assets.

8

Dated at Bridgeport this           day         ,2026.

_____
CLERK OF THE COURT

9

MOORE, O'BRIEN & FOTI • ATTORNEYS AT LAW
891 STRAITS TURNPIKE • MIDDLEBURY, CT 06762 • TEL. (203) 272-5881 • JURIS NO. 408519

PJR APPLICATION NO.

RETURN DATE: June 23, 2026 : SUPERIOR COURT

JANE DOE, ET AL. : J.D. OF BRIDGEPORT

VS. : AT BRIDGEPORT

FRANTZ CADET JR. : MAY 15, 2026


## <u>NOTICE</u>

**To FRANTZ CADET JR:**

YOU HAVE RIGHTS SPECIFIED IN THE CONNECTICUT GENERAL STATUTES INCLUDING CHAPTER 903A, THAT YOU MAY WISH TO EXERCISE CONCERNING THIS PREJUDGMENT REMEDY. THESE RIGHTS INCLUDE THE RIGHT TO A HEARING:

(1) TO OBJECT TO THE PREJUDGMENT REMEDY BECAUSE YOU HAVE A DEFENSE OF AGAINST THIS ACTION, OR A COUNTERCLAIM AGAINST THE PLAINTIFF OR BECAUSE THE AMOUNT OF THE PREJUDGMENT REMEDY ALLOWED BY THE COURT IS UNREASONABLY HIGH OR BECAUSE PAYMENT OF ANY JUDGMENT THAT MAY BE RENDERED AGAINST YOU IN COURT IS UNREASONABLY HIGH, OR BECAUSE PAYMENT OF ANY JUDGMENT

3

MOORE, O'BRIEN & FOTI ● ATTORNEYS AT LAW
891 STRAITS TURNPIKE ● MIDDLEBURY, CT 06762 ● TEL. (203) 272-5881 ● JURIS NO. 408519

THAT MAY BE RENDERED AGAINST YOU IS ADEQUATELY SECURED BY ANY INSURANCE THAT YOU MAY HAVE;

(2)     TO REQUEST THAT THE PLAINTIFF POST A BOND IN ACCORDANCE WITH § 52-278D OF THE CONNECTICUT GENERAL STATUTES TO SECURE YOU AGAINST ANY DAMAGES THAT MAY RESULT FROM THE PREJUDGMENT REMEDY;

(3)     TO REQUEST THAT THE PREJUDGMENT REMEDY BE DISSOLVED OR MODIFIED OR THAT YOU BE ALLOWED TO SUBSTITUTE A BOND FOR THE PREJUDGMENT REMEDY; AND,

(4)     TO SHOW THAT ANY PROPERTY SUBJECT TO THE PREJUDGMENT REMEDY IS EXEMPT FROM SUCH A PREJUDGMENT REMEDY.

THE PLAINTIFFS/APPLICANTS,
JANE DOE
JOAN DOE

By_____
Garrett M. Moore, Jr., Esq.
Moore, O'Brien & Foti
891 Straits Turnpike
Middlebury, CT 06762
Phone: (203) 272-5881
Juris No.: 408519
Their Attorneys

4

PJR APPLICATION NO.

RETURN DATE: June 23, 2026      :      **SUPERIOR COURT**

JANE DOE, ET AL.      :      **J.D. OF BRIDGEPORT**

VS.      :      **AT BRIDGEPORT**

FRANTZ CADET JR.      :      **MAY 15, 2026**

## MOTION FOR DISCLOSURE OF ASSETS

Pursuant to Conn. Gen. Stat. § 52-278n, and Connecticut Practice Book § 13-13, the applicants hereby moves this Court for an Order requiring **FRANTZ CADET JR.**, to disclose all assets in which he has an interest or debts owing it to satisfy the prejudgment remedy requested in the attached Application for Prejudgment Remedy.

THE PLAINTIFFS,
JANE DOE
JOAN DOE

By_____

Garrett M. Moore, Jr., Esq.
Moore, O'Brien & Foti
891 Straits Turnpike
Middlebury, CT 06762
Phone: (203) 272-5881
Juris No.: 408519
Their Attorneys

5

**PJR APPLICATION NO.**

| | | |
|---|---|---|
| **RETURN DATE: June 23. 2026** | : | **SUPERIOR COURT** |
| **JANE DOE, ET AL.** | : | **J.D. OF BRIDGEPORT** |
| **VS.** | : | **AT BRIDGEPORT** |
| **FRANTZ CADET JR.** | : | **MAY 15, 2026** |

## ORDER OF ATTACHMENT

WHEREAS, the foregoing application has been made by the applicants, JANE DOE and JOAN DOE, in the above-entitled action, for a prejudgment remedy of goods or estate of FRANTZ CADET JR.;

WHEREAS, the applicants, JANE DOE and JOAN DOE, has established probable cause for such attachment after a full hearing thereon in which FRANTZ CADET JR. (APPEARED  /  DID NOT APPEAR);

WHEREAS, the applicants, JANE DOE and JOAN DOE have established probable cause to sustain the validity of the applicants' claims and that the application should be granted;

NOW THEREFORE, it is hereby ORDERED that the applicants, JANE DOE and JOAN DOE, may attach the value of **$2,000,000.00** to the goods or estate of FRANTZ CADET JR. as follows:

    a. 57 Grayrock Road, Trumbull, Connecticut and more particularly bound and described in Exhibit A, attached hereto; and

6

MOORE, O'BRIEN & FOTI ● ATTORNEYS AT LAW
891 STRAITS TURNPIKE ● MIDDLEBURY, CT 06762 ● TEL. (203) 272-5881 ● JURIS NO. 408519

b. Any such other property as may be disclosed pursuant to the applicant's Motion for

Disclosure of Assets.

FRANTZ CADET JR. is further restrained from transferring any assets, pending a

complete disclosure of assets.

THE COURT,

_____

Judge/Assistant Clerk

7

MOORE, O'BRIEN & FOTI ● ATTORNEYS AT LAW
891 STRAITS TURNPIKE ● MIDDLEBURY, CT 06762 ● TEL. (203) 272-5881 ● JURIS NO. 408519

## CERTIFICATION

I certify that a copy of this document was mailed or delivered electronically or non-electronically on May 15, 2026 to all attorneys and self-represented parties of record and to all parties who have not appeared in this matter to the following listed below and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery:

FRANTZ CADET JR.
57 Grayrock Road
Trumbull, CT 06611

By_____
      Garrett M. Moore, Jr., Esq.
      Commissioner of the Superior Court

10

MOORE, O'BRIEN & FOTI • ATTORNEYS AT LAW
891 STRAITS TURNPIKE • MIDDLEBURY, CT 06762 • TEL. (203) 272-5881 • JURIS NO. 408519

# EXHIBIT A

11

Book: 1831 Page: 711 File Number: 4070 Page: 1 of 3

4070

VOL 1 8 3 1 PAGE 0 7 1 1 ·

**Record & Return To:**
Real Estate Law Group, LLC
185 Plains Road, Suite 305W
Milford, CT 06461

Conveyance Tax Received
4792.50 Mary Markham 1599.50
State Town Clerk of Trumbull Town

Doc ID: 005118820003 Type: LAN
Book: 1831 Page: 711 - 713
File# 4070

# WARRANTY DEED

## TO ALL PEOPLE TO WHOM THESE PRESENTS SHALL COME, GREETING:

KNOW YE THAT, WE, **JOHN M. KWIERAGA** and **STACEY T. KWIERAGA** of Trumbull, Connecticut, herein designated as the Grantors, for the consideration of **SIX HUNDRED THIRTY NINE THOUSAND ($639,000.00) and 00/100ths DOLLARS**, received to their full satisfaction of **FRANTZ CADET** whose mailing address will be 57 Grayrock Road, Trumbull, Connecticut herein designated as the Grantee, does hereby give, grant, bargain, sell and convey to the Grantee:

All that certain piece or parcel of land, with the buildings and improvements thereon standing, situated in the Town of Trumbull, County of Fairfield and State of Connecticut, being known and designated as Lot No. 58 on a certain map on file in th Office of the Trumbull Town Clerk as Map No. 1510 entitled, "Subdivision Map of 'Pinewood Hills' (Section C), Trumbull, Conn., Scale 1" = 100', Feb. 2, 1968, Revised Sept. 10, 1968," certified substantially correct by John J. Curley, Registered Land Surveyor, which parcel of land is bounded and described as follows:

| | |
|---|---|
| NORTHEASTERLY: | by Grayrock Road, as shown on said map, 136.80 feet; |
| SOUTHEASTERLY: | by Lot No. 59, as shown on said map, 279.51 feet; |
| SOUTHERLY: | by Lot No. 40, as shown on Map 1441, as recorded in the Trumbull Town Clerk's Office, 39.69 feet; |
| SOUTHWESTERLY: | by a portion of Lots Nos. 40 and 41, as shown on Map No. 1441 and 1469, recorded in the Trumbull Town Clerk's Office, in all, 120 feet; and |
| NORTHWESTERLY: | by Lot No. 57, as shown on said map, 234.36 feet. |

Said premises are known as 57 Grayrock Road, Trumbull, Connecticut.

SAID PREMISES ARE SUBJECT TO THE FOLLOWING:

1. Taxes on the List of October 1, 2019, and thereafter, which Grantee herein assumes and agrees to pay.

2. Building lines if established, zoning ordinances of the Town of Trumbull and any and all governmental laws or regulations.

3. Any assessments or pending assessments for which a lien or liens have not as yet been filed or recorded in the Town Clerk's Office.

4. The provisions, if applicable, of any inland/wetlands or coastal wetlands statutes, ordinances,

VOL 1 8 3 1 PAGE 0 7 1 2

rules and regulations.

5. Easements and restrictions contained in a certain Warranty Deed from Snyder Realty Corp. to Cocco, Inc. dated December 13, 1968 and recorded in Volume 208, Page 563 of the Trumbull Land Records.

6. A general drainage easement given by William J. Buckley to the Town of Trumbull dated February 16, 1965 and recorded February 23, 1965 in Volume 171 at Page 146 of the Trumbull Land Records.

7. Special Permit granted by the Town of Trumbull Planning and Zoning Commission recorded November 5, 2003 in Volume 1256 at Page 756, as extended by an instrument recorded in Volume 1745 at Page 268, both of the Trumbull Land Records.

8. Deed Restriction recorded in Volume 1256 at Page 757 and in Volume 1745 at Page 269, both of the Trumbull Land Records.

9. Notes, facts and conditions as shown on Map No. 1510.

10. Sewer Assessment to the Town of Trumbull, as may become due and payable.

11. Sewer Use Charges to the Town of Trumbull, as may become due and payable.

12. Fire District Taxes to the Nichols Fire District, as may become due and payable.

13. Water Use Charges to Aquarion Water Company of Connecticut, as may become due and payable.

TO HAVE AND TO HOLD the premises hereby conveyed with the appurtenances thereof, unto the Grantee and unto the Grantee's heirs, successors and assigns forever and to the Grantee and his own proper use and behoof; and the Grantors do for themselves, their heirs, successors and assigns covenant with the Grantee, his heirs, successors and assigns that the Grantors are well seized of the premises as a good indefeasible estate in **FEE SIMPLE**; have good right to grant and convey the same in manner and form as herein written and the same are free from all encumbrances whatsoever, except as herein stated.

AND FURTHERMORE, the Grantors do by these presents bind themselves and their heirs, successors and assigns forever to **WARRANT AND DEFEND** the premises hereby conveyed to the Grantee and his heirs, successors and assigns against all claims and demands whatsoever, except as herein stated.

*In all references herein to any parties, persons, entities or corporations, the use of any particular gender or the plural or singular number is intended to include the appropriate gender or number as the text of the within instrument may require.*

Book: 1831 Page: 711 File Number: 4070 Page: 3 of 3

VOL 1 8 3 1 PAGE 0 7 1 3

IN WITNESS WHEREOF, the Grantors have hereunto set their hands and seals this 29th day of September, 2020.

Signed in the presence of:

_Connie M Carr_
Connie M Carr
**Witness Print Name Here:**

_Deanna L Boyer_
Deanna L. Boyer
**Witness Print Name Here:**

_John M. Kwieraga_
John M. Kwieraga

_Stacey T. Kwieraga_
Stacey T. Kwieraga

**STATE OF PENNSYLVANIA** )
                               ) SS: Dushore           September 29th 2020
**COUNTY OF SULLIVAN** )

Personally appeared John M. Kwieraga and Stacey T. Kwieraga, signers and sealers of the foregoing instrument and acknowledged the same of be their free act and deed, before me.

Commonwealth of Pennsylvania - Notary Seal
Connie M. Carr, Notary Public
Sullivan County
My commission expires May 17, 2023
Commission number 1351659
Member, Pennsylvania Association of Notaries

_Connie M Carr_
Notary Public
My Commission Expires: May 17, 2023

TOWN CLERK OFFICE, TRUMBULL, CT
RECEIVED FOR RECORD 11/5/2020
AT 11:22 M. ATTEST ___ TOWN CLERK

1731 · 4267



VOL 1 8 7 b PAGE 0 b b 0

Doc ID: 005275350002 Type: LAN
Book 1876 Page 660 - 661
File# 4267

## QUIT CLAIM DEED

**Know All Men by These Presents:**

That **FRANTZ CADET, JR** for the consideration of Ten and 00/100 Dollars ($10.00) received to their full satisfaction of **FRANTZ CADET, JR. AND MARSHA SEIDE CADET** of 57 GRAY ROCK ROAD, TRUMBULL, CT has remised, released, and forever quit-claimed, and do by these presents, for him and his justly and absolutely remise, release and forever QUIT-CLAIM unto the said **FRANTZ CADET, JR AND MARSHA SEIDE CADET** his assigns forever, all such right and title as he, the said Releasor has or ought to have in or to all that certain piece or parcel of land, with all improvements, known as 57 **Gray Rock Rd** situated in the town of Trumbull, County of Fairfield, State of Connecticut, bounded and described as follows:

See **Schedule A** attached hereto and made a part hereof.

To Have and to Hold, the premises unto her the said **FRANTZ CADET, JR. AND MARSHA SEIDE CADET** and to their heirs and assigns, to the only use and behoof of the said Releasees, their heirs and assigns forever, so that neither his, the said releasor nor any person or persons in their name and behalf, shall or will hereafter claim or demand any right or title to the premises or any part thereof, but they and everyone of them shall by these presents be excluded and forever barred.

IN WITNESS WHEREOF, I, the said Releasor has hereunto set my hand this **2D** day of August, 2021

Signed and Delivered in the presence of

WITNESS:                                      RELEASOR:

(Name) PORSCHIA TUHM          **FRANTZ CADET, JR.**

STATE OF CONNECTICUT }

} ss: NORWALK : 20 of August , 2021

COUNTY OF MIDDLESEX }

Personally Appeared **FRANTZ CADET, JR..** Signer of the foregoing Instrument, and acknowledged the same to be his free act and deed, before me.

Notary Public

My commission expires on:

12/31/2021

RAQUEL GALZADA
Notary Public, State of Connecticut
My Commission Expires Dec. 31, 2023

VOL 1 8 7 6 PAGE 0 6 6 1

4070

VOL 1 8 3 1 PAGE 0 7 1 1

"Schedule A"

Record & Return To:
Real Estate Law Group, LLC
185 Plains Road, Suite 305W
Milford, CT 06461

Conveyance Tax Received
4792.50  Mary Markham  1599.50
State Town Clerk of Trumbull Town

Doc. ID: 00511882003 Type: LAN
Book 1831 Page 711
Filed 4070
711 - 713

## WARRANTY DEED

### TO ALL PEOPLE TO WHOM THESE PRESENTS SHALL COME, GREETING:

**KNOW YE THAT, WE, JOHN M. KWIERAGA** and **STACEY T. KWIERAGA** of Trumbull, Connecticut, herein designated as the Grantors, for the consideration of **SIX HUNDRED THIRTY NINE THOUSAND ($639,000.00) and 00/100ths DOLLARS**, received to their full satisfaction of **FRANTZ CADET** whose mailing address will be 57 Grayrock Road, Trumbull, Connecticut herein designated as the Grantee, does hereby give, grant, bargain, sell and convey to the Grantee:

All that certain piece or parcel of land, with the buildings and improvements thereon standing, situated in the Town of Trumbull, County of Fairfield and State of Connecticut, being known and designated as Lot No. 58 on a certain map on file in th Office of the Trumbull Town Clerk as Map No. 1510 entitled, "Subdivision Map of 'Pinewood Hills' (Section C), Trumbull, Conn., Scale 1" = 100', Feb. 2, 1968, Revised Sept. 10, 1968," certified substantially correct by John J. Curley, Registered Land Surveyor, which parcel of land is bounded and described as follows:

NORTHEASTERLY:      by Grayrock Road, as shown on said map, 136.80 feet;

SOUTHEASTERLY:      by Lot No. 59, as shown on said map, 279.51 feet;

SOUTHERLY:          by Lot No. 40, as shown on Map 1441, as recorded in the Trumbull
                    Town Clerk's Office, 39.69 feet;

SOUTHWESTERLY:      by a portion of Lots Nos. 40 and 41, as shown on Map No. 1441 and
                    1469, recorded in the Trumbull Town Clerk's Office, in all, 120 feet;
                    and

NORTHWESTERLY:      by Lot No. 57, as shown on said map, 234.36 feet.

Said premises are known as 57 Grayrock Road, Trumbull, Connecticut.

SAID PREMISES ARE SUBJECT TO THE FOLLOWING:

1. Taxes on the List of October 1, 2019, and thereafter, which Grantee herein assumes and agrees to pay.

2. Building lines if established, zoning ordinances of the Town of Trumbull and any and all governmental laws or regulations.

3. Any assessments or pending assessments for which a lien or liens have not as yet been filed or recorded in the Town Clerk's Office.

4. The provisions, if applicable, of any inland/wetlands or coastal wetlands statutes, ordinances,

TOWN CLERK OFFICE, TRUMBULL, CT
RECEIVED FOR RECORD
AT 3:32 M. ATTEST
NOV 18 2021
TOWN CLERK

ook: 1831 Page: 711   Page 1 of 3