**United States District Court**
**District of Connecticut**

| | |
|---|---|
| CADET, FRANTZ<br><br>v.<br><br>CADET LILLY | Case Number:<br>3:26-cv-00310-VAB<br>August 15, 2026 |

**MOTION FOR LEAVE TO FILE MEASURE OF DAMAGES TWO WEEKS LATE**

Pursuant to Local Rules of Civil Procedure 7(b)(2) and local rule, the Plaintiff moves this Honorable Court for leave and for a fifteen (15) days extension of time up to and including August 30, 2026, during which time to file the Plaintiff's measure of damage.

In support of this motion counsel represents to the Court that the time is required for the following reasons:

1) The Measure of damage is due on August 15, 2026.
2) The undersigned counsel has filed a motion to withdraw.
3) The Plaintiff has indicated to the undersigned that he is currently looking for another attorney to continue the litigation of the case.
4) The Plaintiff has represented to the undersigned that he is currently working on putting together the information necessary to file the measure of damage and that he requires an additional two weeks.
5) The aforementioned facts constitute good cause for the granting of this motion.

The undersigned counsel had requested the information to be provided by August 14 and had planned to file the measure of damage; however, due to the Plaintiff late request for the extension, the undersigned had no opportunity to request the defendant's position.

This is the first such request.

**WHEREFORE**, the defendant moves this Honorable Court to grant this motion.

THE PLAINTIFF.
ANDRE CAYO

/s/__Andre Cayo (ct29012)__
2777 Summer Street, 5fh Floor
Stamford, CT 06905
203-517-0416 Phone
203-517-0418 Fax
Cayolaw@gmail.com

**PROPOSED ORDER**

Having considered the above Motion /Objection, and the entire record herein, it is this

_____day of ____________________, 2026, hereby:

ORDERED that the motion is GRANTED/OVERRULED DENY/SUSTAINED;

and it is SO ORDERED.

________________________

United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the above date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/__Andre Cayo (ct29012)__

Andre Cayo, Esq. (Ct29012)
203-517-0416 Phone
203-517-0418 Fax
Cayolaw@gmail.com